UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIA DAVIS-HARRIS,

    Plaintiff,                                        Case Number 18-13704

v.                                                     Honorable David M. Lawson

EQUITYEXPERTS.ORG, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

On June 11, 2019, the parties informed the Court that they had reached a final settlement of all claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before July 11, 2019**.

                                                                                s/David M. Lawson
                                                                                DAVID M. LAWSON
                                                                                United States District Judge

Date:  June 11, 2019

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 11, 2019.

                               s/Susan K. Pinkowski
                               SUSAN K. PINKOWSKI