UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIA DAVIS-HARRIS,

       Plaintiff,                                    Case Number 18-13704

v.                                                    Honorable David M. Lawson

EQUITYEXPERTS.ORG, LLC,

       Defendant.

_____/

## ORDER DISMISSING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

On June 11, 2019, the parties informed the Court that they had reached a final settlement of all claims in this matter. The Court then issued an order dismissing the case with prejudice but allowing the parties until July 11, 2019 to apply to reopen the matter to address any difficulties that might arise in the performance of the settlement. On September 20, 2019, the plaintiff filed a "motion for summary judgment," which appears to be in substance a request for the Court to remedy certain alleged failures of performance by the defendant in concluding the settlement. The Court has reviewed the motion and finds that it must be dismissed because the plaintiff has not established that the Court has jurisdiction to entertain it.

"Federal courts are courts of limited jurisdiction" and only have "the authority to decide cases that the Constitution and Congress have empowered them to resolve." *Ohio ex rel. Skaggs v. Brunner*, 549 F.3d 468, 474 (6th Cir. 2008). Federal courts have the inherent authority to enforce settlement agreements entered into by the parties to resolve litigation that properly is brought before them, *Brock v. Scheuner Corp.*, 841 F.2d 151, 154 (6th Cir. 1988), but that power is not unlimited, and unless the Court expressly retains its enforcement jurisdiction, "the parties to a private settlement typically must bring another suit (for breach of contract) to enforce it," *Pedreira v. Sunrise Children's Servs., Inc.*, 802 F.3d 865, 871 (6th Cir. 2015). In this case the Court only

retained jurisdiction to enforce the settlement through July 11, 2019. The plaintiff's motion was filed long after the retention of jurisdiction expired, and the plaintiff has not articulated any factual basis or legal authority in the motion to establish any independent basis of jurisdiction. The motion therefore will be dismissed because the Court lacks jurisdiction to entertain it.

Accordingly, it is **ORDERED** that the plaintiff's motion for summary judgment (ECF No. 13) is **DISMISSED** for want of jurisdiction.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Date: September 26, 2019

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on September 26, 2019.

s/Susan K. Pinkowski
SUSAN K. PINKOWSKI

---